**DISMISS and Opinion Filed October 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00922-CV

### DIXIE CARPET INSTALLATIONS, INC., Appellant
### V.
### RESIDENCES AT RIVERDALE, L.P. AND
### RESIDENCES AT RIVERDALE GP, LLC, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04903-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellant's motion to dismiss the appeal. Appellant no longer wishes

to pursue the appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

180922F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DIXIE CARPET INSTALLATIONS, INC.,
Appellant

No. 05-18-00922-CV      V.

RESIDENCES AT RIVERDALE, L.P.
AND RESIDENCES AT
RIVERDALE GP, LLC, Appellees

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-04903-2012.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered October 18, 2018.